IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LONNIE NEILL,<br><br>Defendant and Judgment Debtor.<br><br>CAPTIAL ONE INVESTMENTS, LLC.<br><br>Garnishee. | Case No.: 1:16-MC-00003-SAB<br><br>**ORDER OF STIPULATION REGARDING WRIT OF GARNISHMENT (RETIREMENT/INVESTMENT ACCOUNTS)**<br><br>Criminal Case No.: 2:01CR00501-LKK |

The Court, having reviewed the court files and the United States' Stipulation Regarding Writ of Garnishment (the Stipulation) and good cause appearing therefrom, hereby APPROVES the Stipulation. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for an order of garnishment in the amount of $14,970.00 for the Garnishee, Capital One Investments, LLC is GRANTED;

3. Capital One Investments, LLC shall deliver, within twenty (20) days of the date of this Order, a cashier's check, money order or company draft in the sum of $14,970.00 (The value is approximate as the account may be subject to dividend distributions and fluctuating market prices) drawn from defendant Eric Lonnie Neill's account number ending in 6484 and made payable to the "Clerk of the

Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Capital One Investments, LLC shall also state the criminal docket number (Case No.: 2:01CR00501-LKK) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment;

     3.     Upon its payment of the $14,970.00 to the Clerk, Capital One Investments LLC and Capital One 360 shall RELEASE all holds on any accounts associated with Defendant Eric Lonnie Neill.

     4.     This is a final order of garnishment; upon payment and processing of the garnished amount as ordered above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated: **February 5, 2016**

UNITED STATES MAGISTRATE JUDGE

Order of Garnishment

2